IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 11-43-004 |
| | : |
| JAMES HADDEN | : |
| USM #61976-066 | : |

ORDER

AND NOW this 6th day of October, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 24 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

_____
THE HONORABLE JOEL H. SLOMSKY
**United States District Court Judge**